# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M10 | F5458521 | B. Henderson | 2465 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 6/24/2025 2133 | 36 CFR 261.8a |

Place of Offense

HWY 135 mm 8, Clark Fork River

Offense Description: Factual Basis for Charge          HAZMAT ☐

Fishing without an out of State fishing License.

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Riley | Tory | M |

Street Address ███████████████

Tag No. | State | Year | Make/Model | PASS ☐ | Color

---

**APPEARANCE IS REQUIRED**

A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 135.00   Forfeiture Amount
+ $30   Processing Fee

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov   $ 165.00   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address | Date (mm/dd/yyyy)

Time

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due

X Defendant Signature

Original - CVB Copy

*F5458521*   FS-5300-4 (1/2021)

Previous edition is obsolete

CVB SCAN 07/16/2025 10:29

---

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on June 24th, 20 25 while exercising my duties as a law enforcement officer in the Judicial District of Montana

See Attached PC

The foregoing statement is based upon:

☒ my personal observation   ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 6/24/2025   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT= Hazardous material involved in incident; PASS= 9 or more passenger vehicle; CDL= Commercial drivers license; CMV= Commercial vehicle involved in incident

CVB SCAN 07/16/2025 10:29